UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

In re Celeste Annette Santifer                              Case No. 20-12079-KHK

Debtor(s)                              Chapter 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 1,900.00 , currently on deposit with the Treasury of the United States, be returned to:

Celeste Annette Santifer
2657 Wild Turkey Lane
Alexandria, VA 22314

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Jul 27 2021                    /s/ Klinette H Kindred
                                     United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
   July 27, 2021

pc: Financial Administrator

[ounclmfd ver. 03/06]